No. 479. PFAFF ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for

the Second Circuit granted. *Mr. Laurence Sovik* for petitioners. *Solicitor General Biddle* for respondent.